UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE CARDWELL,

           Petitioner,

- against -

NYS DEPARTMENT OF CORRECTIONS &
COMMUNITY SUPERVISION,

           Respondent.
-----------------------------------------------------------X

**JUDGMENT**
13-CV-5377 (RRM) (LB)

ROSLYNN R. MAUSKOPF, United States District Judge.

A Memorandum and Order of the undersigned having been filed this day denying this petition for a writ of habeas corpus, it is

ORDERED, ADJUDGED AND DECREED that the petition for a writ of habeas corpus is hereby dismissed.

SO ORDERED.

Dated: Brooklyn, New York
      Aug. 20, 2019

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge